UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE

| | | | |
|---|---|---|---|
| **SHALA G PULGAR** | } Debtor(s) | Chapter | **7** |
| | | Case Number: | **1-04-bk-00388** |
| **SHALA G PULGAR** | } Plaintiff(s) | Adversary Number: | **1-04-ap-00214** |
| | | Document No.: | **8** |
| | vs. | | |
| **AUTOHAUS ACQUISITION INC.** d/b/a VICTORY AUDI d/b/a VICTORY AUTO GROUP f/k/a AUTOHAUS HARRISBURG | } Defendant(s) | Nature of Proceeding: | **WITHDRAWAL OF ADVERSARY PROCEEDING** |

# ORDER

IT IS HEREBY ORDERED that the Praecipe to Withdraw filed MARCH 29, 2005, regarding the above-referenced matter is APPROVED.

BY THE COURT,

*Mary D. France*
Bankruptcy Judge    (JDK)

Date:   March 30, 2005
*This electronic order is signed and filed on the same date.*